Mary McNamara, SBN 147131
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DONOVAN HENRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DONOVAN HENRY,<br><br>　　　　　Defendant. | Case No.  CR 09-1142 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Defendant Donovan Henry, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Barbara Brennan Silano, hereby stipulate and agree as follows:

　　　　1.　　On January 19, 2010, the Court set conditions of release for defendant Donovan Henry, one of which was a condition that he not travel outside the Northern District of California, except for travel to the Eastern District of California to visit his son in Citrus Heights.

　　　　2.　　The parties agree to a modification of Mr. Henry's conditions of release to permit him to travel to the Eastern District generally. The purpose of this modification is to allow Mr. Henry to visit his family members who reside in the Eastern District. Mr. Henry's sister, Debbie Senter, resides in Quincy, California. Mr. Henry's

1 | brother, David Henry, resides in Roseville, California.  Mr. Henry's family is
2 | planning multiple family events in the Eastern District, including a Fourth of July
3 | celebration and a birthday party for Mr. Henry's 88 year-old mother.

3. Pretrial Services Officer Kenneth J. Gibson has no objection to the proposed modification on the condition that Mr. Henry provide him with his travel information before each instance of travel.

IT IS SO STIPULATED.

Dated: May 5, 2010

_____/s/_____
MARY McNAMARA
Attorney for DONALD DANIELS

Dated: May 5, 2010

_____/s/_____
BARBARA BRENNAN SILANO
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 11, 2010

_____
HON. Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte